MATHER BROTHERS INCORPORATED *v.* CITY OF DAWSON.

JENKINS, Justice. This case falls within the general rule that injunction will not issue to restrain a criminal prosecution. Code, § 55-102; *Gault* v. *Wallis,* 53 *Ga.* 675 (4); *Smith* v. *Carlton,* 182 *Ga.* 494 (185 S. E. 777); *Jewel Tea Co.* v. *Augusta,* 183 *Ga.* 817 (190 S. E. 1); *Salter* v. *Columbus,* 125 *Ga.* 96 (54 S. E. 74).

<em>Judgment affirmed. All the Justices concur.</em>

ATKINSON, Presiding Justice, concurring specially. Construing the petition most strongly against the pleader, it complains of an isolated case of arrest and criminal prosecution for violation of a municipal ordinance. On his trial the defendant could set up any defense as to validity of the ordinance, and consequently had an adequate remedy at law without resort to a court of equity. The case differs on its facts and is not controlled by the ruling in *Chaires* v. *Atlanta,* 164 *Ga.* 755 (4) (139 S. E. 559).

No. 12907. JULY 12, 1939.

*R. L. Maynard,* for plaintiff.   *R. R. Jones,* for defendant.